UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-23861-DPG

ANDRES GOMEZ,

vs.

8 AND BRICKELL, LLC, a Florida Limited
Liability Company; DURANRUBERO BEAUTY
CENTER, INC., a Florida Profit Corporation, d/b/a
THE PRAXIS INSTITUTE; SOUTH FLORIDA
CLINICAL TREATMENT CENTERS, INC., a
Florida Profit Corporation, d/b/a DOLAN MENTAL
HEALTH; JORGE BETANCOURT, M.D., P.A., a
Florida Profit Corporation

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, and Defendants, 8 AND BRICKELL, LLC, a Florida Limited Liability Company; DURANRUBERO BEAUTY CENTER, INC., a Florida Profit Corporation, d/b/a THE PRAXIS INSTITUTE; JORGE BETANCOURT, M.D., P.A., a Florida Profit Corporation, by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    Respectfully submitted,

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Jose O. Diaz** |
| **GREGORY S. SCONZO, ESQUIRE** | **JOSE O. DIAZ, ESQUIRE** |
| Fla. Bar No.: 0105553 | Florida Bar No. 988103 |
| KAPLAN, SCONZO & PARKER, P.A. | THE DIAZ LAWFIRM, P.A. |
| 3399 PGA Boulevard, Suite 150 | 1490 W. 68th Street, Suite 103 |
| Palm Beach Gardens, Florida 33410 | Hialeah, FL 33104 |
| Telephone: (561) 296-7900 | Email: jose@thediazlawfirm.com |
| Facsimile: (561) 296-7919 | Telephone: (786) 536-5221 |
| Email: gsconzo@ksplaw.com | Attorney for Defendant |
| Attorney for Plaintiff | DURANRUBERO BEAUTY CENTER, INC. |

**By: /s/Glenn L. Widmon**_____
**GLENN L. WIDOM, ESQUIRE**
Fla. Bar # 024775
GLENN L. WIDOM, P.A.
Attorneys for 8 and Brickell, LLC
696 N.E. 125th Street
North Miami, FL 33161
Tel: (305) 663-8770
Fax: (786) 206-3820
gwidom@gwidomlaw.com
Attorney for Defendants
8 AND BRICKELL, LLC
JORGE BETANCOURT, M.D., P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               **/s/ Gregory S. Sconzo**_____
                                               Gregory S. Sconzo, Esq.