UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-23861-GAYLES

ANDRES GOMEZ,

     Plaintiff,

v.

8 AND BRICKELL, LLC, et al.,

     Defendants.

_____/

## NOTICE OF COURT PRACTICE UPON
## NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon the Notice of Settlement [ECF No. 21], which indicates that this matter has settled in full. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement along with any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE